UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SHOP RITE, INC.** | **CASE NO. 6:23-cv-00456** |
|     Petitioner | |
| Vs. | **JUDGE SUMMERHAYES** |
| **U.S. DEPARTMENT OF COMMERCE** | **MAGISTRATE JUDGE** |
| **SMALL BUSINESS ADMINISTRATION** | **WHITEHURST** |
|     Respondent | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR SUMMARY JUDGMENT
BY PETITIONER SHOP RITE, INC.**

Petitioner SHOP RITE, INC. moves for summary judgment on review of the Final Order of the United States Small Business Administration Office (SBA) in the matter of SBA PPP Loan Number 1031327200.  The material facts are not in dispute and Petitioner is entitled to judgment as a matter of law, for the reasons set out in the Memorandum and Statement of Undisputed Facts filed herewith.  WHEREFORE Petitioner prays that after due proceedings herein there be judgment reversing the final decision by SBA that declared Petitioner ineligible for a Paycheck Protection Program (PPP) loan and/or for loan forgiveness under the provisions the Coronavirus Aid Relief, and Economic Security (CARES) Act.

                                                    RESPECTFULLY SUBMITTED,

                                                   By: /s/ Christopher Zaunbrecher

                                                   _____
                                                   CHRISTOPHER L. ZAUNBRECHER (09546)
                                                   BRINEY FORET CORRY, LLP
                                                   413 Travis Street, Suite 200
                                                   Post Office Drawer 51367
                                                   Lafayette, Louisiana 70505-1367
                                                   Telephone: (337) 456-9835
                                                   Facsimile: (337) 233-8719
                                                   E-mail: clzaunbrecher@brineyforet.com
                                                   Attorney for Petitioner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been presented to all counsel via:

|     |                |     |                   |
| --- | -------------- | --- | ----------------- |
| ( ) | Hand Delivery  | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile      | ( ) | Certified Mail    |
| (X) | E-Mail         | ( ) | Federal Express   |

Lafayette, Louisiana this 29th day of December, 2023.

/s/ Christopher L. Zaunbrecher
_____
CHRISTOPHER L. ZAUNBRECHER (09546)