# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 6, 2026
Lyle W. Cayce
Clerk

No. 25-30028

SHOP RITE, INCORPORATED,

*Plaintiff—Appellant*,

versus

UNITED STATES SMALL BUSINESS ADMINISTRATION,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:23-CV-456

ON PETITION FOR REHEARING

Before HIGGINBOTHAM, HO, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for rehearing is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 06, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30028   Shop Rite v. SBA
                    USDC No. 6:23-CV-456

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Ms. Cynthia Barmore
Mr. Adam Craig Jed
Mr. Daniel J. McCoy
Mr. Christopher L. Zaunbrecher