# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

U.S. COURT OF APPEALS
RECEIVED
APR 0 7 2026
FIFTH CIRCUIT

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 6, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Shop Rite, Incorporated
> v. Small Business Administration
> No. 25-1006
> (Your No. 25-30028)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

Case 6:23-cv-00456-RRS-CBW   Document 82-2 50   Filed 04/09/25 04/02/2026   Page 2   Page 2 of 2   PageID #: 2201

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 25-30028   Shop Rite v. SBA
                USDC No. 6:23-CV-456

Dear Mr. McCoy,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Roeshawn Johnson, Deputy Clerk
        504-310-7998